People v Dudley (2025 NY Slip Op 50031(U))

[*1]

People v Dudley (Alexandra)

2025 NY Slip Op 50031(U) [84 Misc 3d 133(A)]

Decided on January 16, 2025

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on January 16, 2025
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Tisch, JJ.

570627/18

 The People of the State of New
York, Respondent, 
against
Alexandra Dudley,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
Bronx County (Bahaati E. Pitt, J., at plea; Frances Y. Wang, J., at sentencing), rendered
June 20, 2018, convicting her, upon her plea of guilty, of criminal possession of stolen
property in the fifth degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Bahaati E. Pitt, J., at plea; Frances Y. Wang, J., at
sentencing), rendered June 20, 2018, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders
v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]).
We have reviewed this record and agree with defendant's assigned counsel that there are
no nonfrivolous issues that could be raised on this appeal. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 16, 2025